AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. CR-21-516 |
| EDWARD MCALANIS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDWARD MCALANIS          .

Date:   09/23/2021

/S/ FRANK C. SLUZIS
*Attorney's signature*

FRANK C. SLUZIS  PA 43829
*Printed name and bar number*
2000 LINGLESTOWN ROAD SUITE 106
HARRISBURG, PA 17110

*Address*

frank@scaringilaw.com
*E-mail address*

(717) 657-7770
*Telephone number*

(717) 657-7797
*FAX number*