IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 21-cr-516 |
| | |
| | 40 U.S.C. § 5104(e)(2)(G) |
| v. | |
| EDWARD McALANIS, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Edward McAlanis, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea---that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.  On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.  As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.  At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.  At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *McAlanis' Participation in the January 6, 2021, Capitol Riot*

8. On or about January 6, 2021, the defendant traveled on board a bus with friends from Pennsylvania to Washington, D.C. Rather than attend the "Stop the Steal" rally that was scheduled to take place at the Ellipse, the 52-acre park located south of the White House, the defendant began his journey in Washington, D.C. at Union Station and made his way to the grounds of the U.S. Capitol building.

9. Photographs taken by the defendant on January 6, 2021, show that he was present outside the Capitol at approximately 10 a.m. and that he was outside the barriers that had been

put into place on the east side of the building. His photographs show that between 11:48 a.m. and 12:40 p.m., and again at approximately 2:06 p.m., crowds were forming nearby the defendant on the east side of the Capitol. At approximately 2:54 p.m., the defendant took photographs of the crowd that he joined and surrounded himself in at the entry of the Capitol Building near what appear to be the Columbus Doors. At this time, the defendant had breached the restrictions established by law enforcement officers in an attempt to secure the Capitol Building.

10. Video captured the defendant's image as he entered the Capitol Building with a crowd through a doorway on the east side of the building at approximately 2:56 p.m. Images of the defendant in the crowd show that he walked into the building without being screened by and in spite of the outmanned law enforcement officers at the doorway.

11. Once inside the Capitol Building, his image was captured on video near the doorway and inside the Rotunda on multiple occasions, spanning a period of approximately 10 minutes.

12. At approximately 3:00 p.m., after making his entry into the Capitol Building, the defendant took a photograph of himself standing next to a statue of President Abraham Lincoln in the Rotunda of the Capitol Building. He continued to take pictures after he exited the building, but still on the Capitol grounds at approximately 4:30 p.m.

13. The defendant knew at the time he entered the U.S. Capitol Building that he did not have permission to enter the building and yet the defendant illegally paraded, demonstrated,

or picketed inside the building.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                Acting United States Attorney
                                                D.C. Bar No. 415793

By:    */s/ Anita Eve*
        Anita Eve
        Assistant United States Attorney
        PA Bar No. 45519

## DEFENDANT'S ACKNOWLEDGMENT

I, Edward McAlanis, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/8/21

Edward McAlanis
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/10/21

Frank C. Sluzis
Attorney for Defendant