# EXHIBIT A

January 10, 2022

To: The Honorable Judge Dabney Friedrich

Your Honor,

I write this letter to you in support of my customer, teammate and friend Edward "Eddy" McAlanis. Eddy and I have known each other for about a year and a half.  He and his wife are customers at my State Farm Insurance Agency in Stevens, Pennsylvania.

In our initial meetings for business, Eddy and I discussed his needs and it came through in our conversations that he was concerned, not so much about himself, but about protecting others.  Many of my customers only want to know what they are going to get if something happens and how the coverage will benefit them.  Eddy expressed a concern that if he made a mistake, he wanted to make sure that the other person would be taken care of and his family would also be protected.  Eddy is a fine example of the Good Samaritan, putting other's needs before his own.  Of course this trait intrigued me to ask more questions and get to know Eddy more, so when I found out he played soccer, we talked about playing over 40 soccer together.

Eddy joined my over 40 soccer team as our goalkeeper.  As a teammate, Eddy is level headed and even tempered.  That is not always the case on the field with a bunch of over 40 men who are seeking to relive their glory days.  We have had instances of men getting into fights on the field and even after the games.  Eddy and I have always tried to be peacemakers and keep everyone else calm, which is not always an easy task.  I would take Eddy on my team any day!

Through being a customer and a teammate, Eddy and I became friends.  We have spoken many times about our beliefs and we share a lot of similar ideals.  We love our families and the communities where we live.  Eddy served his community on the Parks and Recreation Board and always prioritized what was best for others in our community.

As a customer, Eddy and I had a meeting on January 5th, 2021, to discuss his insurance needs and make sure everything was in place correctly.  It strikes me that we met that day, because Eddy never said anything that would indicate to me that he was going to storm the Capitol the next day or be part of anything that would be violent.  The fact that he is now accused of being part of an insurrection is mindboggling to me.  Eddy is a peaceful man and far different from the personifications he has endured from the news media and even worse, social media.

Hindsight being 2020, I am certain that Eddy would not step through the open doors of the Capitol building that were welcoming him on January 6th, 2021.  Through our discussions, Eddy has expressed his regret for this action and the events of that day that led him enter the Capitol as a peacemaker offering to help.  His intentions, I believe, were good that day.  As we all know, good intentions can lead to negative outcomes.  Eddy's good intentions led to negative outcomes of losing a livelihood, tensions in his family, and being an outcast in a community he loves.

I cannot imagine walking a mile in Eddy's shoes this past year, yet, every time I have seen Eddy, he has greeted me with that wonderful smile and a warm handshake or embrace.  He is battling through an extremely stressful situation, yet he always asks how I and my family are doing.  I believe Eddy has learned a great deal himself this last year.  He has never professed his innocence, just talked about his mistakes and what he would do differently.  He knows it was wrong of him to walk through those open doors of the Capitol and would not make that same mistake again.

I always tell my kids the measure of a man is how he responds to adversity and comes back.  I believe Eddy has responded well, but he is not all the way back yet.  That is why I am asking you, Your Honor, to exercise leniency in your sentencing of Eddy.  His family, friends and community need more people like Edward "Eddy" McAlanis.

Thank you for reading this letter.

Sincerely,

Matt Williams