# EXHIBIT B



Securities and advisory services offered through Commonwealth Financial Network®, Member FINRA/SIPC, a Registered Investment Adviser.

**Thomas Cross**
Lancaster PA

Jan 4, 2022

Your Honor Dabney Friedrich,

I hope you had a nice holiday season and wishing you a happy new year. I am writing to you to discuss my friend for over 20 years Edward McAlanis. Eddy and I met through mutual friends while Eddy was at Temple and I was working for Lincoln Financial in downtown Philadelphia. Eddy had some interest in the financial field and wanted to pick my brain. I have worked in the financial field now for almost 30 years. What started out as a professional meeting turned into a friendship because we are a lot alike. We both love soccer and enjoy teaching it to children. As I have gotten to know Eddy I know he is a great guy and he cares about the people and the community around him. In this day and age it's refreshing to know there are good people out there who care.

In 2010, I ended up moving away from Philadelphia to build a new life for myself and my family in Lancaster, PA so Eddy and I didn't stay in close contact. Then 3 years ago we end up playing against one another in soccer and the relationship started back up again. Since then I have only grown more fond of Eddy. I have learned more about what a good person he is. Turns out Eddy lives very close to me in Lancaster. Then In realized all his has done for the community in Adamstown/Reamstown. He is very active in our township/community, serving us for over 3 years. He started serving the Park & Rec board in 2019, then was nominated to the Park & Rec board Chair in 2021 (NOTE-this is a non-paid position) where their agreed mission is to put children, families and community first. During his first year as chairman, he and his team were able to accomplish 4 big wins w/o a sitting township manager, Eddy having to do most of the heavy lifting. He and his team accomplished the following: 1) opened the township pool on time (which was a huge accomplishment), 2) Resurface a basketball court before the Memorial day, 3) Designed and managed the erection of a playground (involved local schools and community on what these children wanted) to a community whom was promised a playground 7+ years ago and 4) erected a beginner skate park involving local concrete company and alternative sporting organization.

When I think of Eddy, I think of him as a person who likes, loves, and cares for people, family's and their community. He is a servant at heart, honest and wants/desires to do what's right. I know after speaking with him, he regrets going to the Capitol that day. He is very remorseful of the impact that decision has cost him. He made a bad choice that day.

Speaking from experience people make mistakes. I have made plenty but have learned from each one. I know Eddy has learned from this mistake. It has cost him his job, his dignity, his privacy and almost his family. He has suffered a great deal from this. I KNOW Eddy has learned from this mistake.

480 New Holland Avenue, Suite 6204
Lancaster, PA  17602
direct | 717-740-2630

www.alignfsg.com

Lastly, Eddy is not a criminal and did not have ill intent when going to the capital that day. He was supporting something he truly believes in. He made a bad decision. He didn't break anything, he didn't hurt anybody, he just followed along with the crowd into the Capitol and took a few photos. That's it. It's horrible to see the way Eddy has been treated by the media over this. If you met him and then read the papers, you'd be scratching your head because what they have written and who he is, doesn't add up.

Your honor, I am asking for least sentencing possible as he and his family has suffered much already. Eddy is a friend, great husband, dad and person and thank you for your consideration.

Sincerely,

*Signature (hard copy letter)*

Thomas Cross