# EXHIBIT C

**Kurt Russell**
Stevens, PA

January 16, 2022

Your Honor Dabney Friedrich,

I have had the pleasure of knowing Edward McAlanis (Eddy) for probably 10 years now. I got to know him because he married into a family that I grew up with. I've been good friends with his sister-in-law and brother-in-law through the years. When Eddy and his wife moved into my neighborhood, it was only natural that I would stop and talk to Eddy and his wife, Linda Lee, and ask how the rest of the family is doing.

Eddy is always a great neighbor. Instead of being the one talking about what's going on with his life, he asks how we are doing, and thinks of ways that he can be of some help to us. I feel like I'm always in a rush, but Eddy always finds time to have a conversation as I walk by, or if he doesn't see me for a while, he'll give me a call just to check in to see how I'm doing.

Three years ago, Eddy and I both happened to join an existing playground committee for our development. I quickly realized the committee's leadership was ineffective. Meetings were bogged down with conversation but very little action was being done. I saw Eddy step up in this situation, and be the driving force to actually getting a playground installed. I walked door to door for hours, multiple days, alongside Eddy and watched how he conversed with the neighbors, finding out what their wants are for a playground, as well as memorizing their names and thinking of ways that he can help them in some way. The committee eventually dissolved, but Eddy, being unwilling to let his actions go to waste, joined the townships Park and Recreation Board, quickly becoming it's President, and within a year was able to get the playground built. This playground was a work in progress for years, but only Eddy was able to make it happen.

Not only did Eddy build a playground for the community, he also teamed up with another community member to get a skatepark installed in another park. To do this, Eddy reached out to the local residents, this time using a poll asking what they would like to see most in their playground. When the results came back with a skate park, Eddy used his networking abilities to find a team to get this done in what I think would be record time.

When the weather is nice, I can guarantee you that both of these playgrounds, which only exist because of Edward McAlanis, will be packed with kids laughing, smiling, enjoying life and all of God's creation.

These days it seems like people just want to sit on their electronics and not be involved with anyone else. This is not Eddy. He is a man that wants the best for everyone. He wants our community to be better. He wants neighbors to be there for one another when someone needs help. January 6th was not a good decision for Eddy, but his actions before and after this day prove who he really is. I hope that Eddy will once again be able to serve our community.

Sincerely,

Kurt Russell