# EXHIBIT D

December 26th, 2021

To Whom It May Concern:

I've known Eddy McAlanis for about four years since my wife and I moved back to Reamstown at the end of 2017 for the birth of our first child. In that time, I've come to know Eddy well and would like to share with you a few stories that illustrate his constant servant-heartedness for his friends, family, and community.

When Eddy became the township's Parks and Recreation Board Chairman in 2021, a playground had been promised to our neighborhood for more than five years, and yet it still sat as an empty field with just a gravel path and a few benches. Hundreds of families in our neighborhood longed for a fun, safe place to play and commune together, yet, somehow, the local government hadn't yet been able to accomplish it. In the course of only about 6-8 weeks, Eddy single-handedly finalized structural plans, engaged a builder, and ensured the playground was built and completed in time for the hot days of summer, giving all of us and our children a gathering place of immense value. Without him, that field would likely still be sitting as just grass.

Another year, Eddy decided to rent a ride-one aerator from a local rental company and aerate his yard for the spring. He then went almost door to door to everyone in the neighborhood, asking them if they'd like their yard aerated too the same day he did his. I believe 10-12 of us took him up on his generous offer and he subsequently spent an entire Saturday afternoon making sure all our yards were fit and ready for spring.

Finally, just a few months ago, at Halloween, Eddy went beyond the call of duty to make trick or treating a magical experience for everyone in the neighborhood. Instead of just a paltry basket of mini candies on the front porch, Eddy produced a roaring, crackling fire pit, an ice chest of refreshing drinks for young and old, and entire, King-sized chocolate bars for everyone passing by his family's driveway that night. It was extremely generous and very special.

No one in this world is perfect, including both myself and Eddy, but I have seen a rare servant heartedness many times since the day I met him and see no signs of it stopping. I hope this letter has helped you see the enormous value he brings to his community, like I do.

Sincerely,
Stephen G.
Reamstown, PA