# EXHIBIT E

Lorenzo Bonura
Lancaster County PA

December 29, 2021

Your Honor Dabney Friedrich,

I've known Edward "Eddy" McAlanis over the last 2 years, first meeting and playing with him on an indoor soccer team to now in our relationship, I am his current employer at a local pizza shop. I consider him a brother, friend and someone who has overcome adversity in his life.  After the many talks we've had, I know the time since his arrest has given Eddy an opportunity to think about his actions as he is remorseful for his actions.  I see what is has done to him professionally, emotionally and spiritually, financially and how his one decision has impacted his family. Never the less, I see growth, maturity and Eddy is a better person because of it, which, doesn't surprise me because Eddy is a critical thinker, humble and honest, and he said if he could take his actions back that day, I know and believe he would.

Being a local business owner and meeting a ton of people in 35 years, Eddy is not a criminal.  How I would describe Eddy is kind, loving dad/husband/ friend and servant who puts other needs above his. From a business perspective, since he has been on payroll, he has received many complements from customers whom he has interacted with over the last 4 months, which I am thankful for as its challenging to find "good" people/help in our current working environment which many business owners share the same challenges.  My point of view, any company who hires him after this situation would be adding an immediate asset, where I know he would make significant contributions/impact to their business/company.

Since being a resident of our township for over 15 years, I have seen first-hand Eddy's desire and action to serve his community in greater capacities through the 4 major accomplishments he and his P&R Team has accomplished in 2021-opening our pool, resurfacing a basketball court, building a playground and skatepark.  Side note – Prior to Eddy accepting his role as Chairman, our township did not see P&R projects completed for over 10 years, which has been frustrating as a resident.  I'm grateful for his leadership, time and efforts as our community is better with him leading, serving and working with people to

enhance our grounds. When Eddy was arrested, he took responsibility for his actions, proactively taking a leave of absence as Chairman (which is a 100% volunteer position) showing me his desire to do the right thing with the intent to minimize the noise and not be a greater distraction from the goals set forth by the board of supervisors.

Eddy and his family have also been represented unfairly by the media, though not surprising, causing much strain on him, his family and friends. Eddy lost his friends, business opportunities and specifically his employment/job as a result of his actions, prior to being arrested and has not been able to find full-time employment since.

In summary, Eddy is not a criminal and though I wish he didn't go into the capital, I ask that one unwise decision should not define who he is or has been portrayed. I ask for the most lenient sentence possible as I know Eddy is well intended and based on his actions that day, helping capital police and preserving the relics in the Rotunda that day, is very much inline to who he is a person. Thank you for your consideration.

Sincerely,

*Signature* (hard copy letter)

Lorenzo Bonura