# EXHIBIT F

Wellspan Family Medicine -
Lake Street
136 Lake St.
Ephrata PA 17522-2415
Phone: 717-721-7718
Fax: 717-721-7726



January 12, 2022

Regarding: Edward McAlanis Date of birth: 1/7/1980

Your Honor Dabney Friedrich,

I have known Edward "Eddy" McAlanis for over 7 years since he moved to the Lancaster, Pennsylvania area. I am his primary care physician and have a tremendous amount of respect for him. I consider him a good friend as we have grown closer over the past couple of years.

Edward has certainly experienced multiple lifetimes at the age of 41, overcoming significant obstacles, trials and tribulations, making him the man he is today. He chooses to learn, gain perspective and use all experiences for the betterment of his life and those around him. He is kind, compassionate, hard-working, intelligent, talented, and considerate of others. He has a heart of gold for the under dogs and less fortunate.

He has served the underprivileged children in North Philadelphia, helping with elementary afterschool educational programs. He has been a part of teen ministries, leading in various capacities. His servitude extends to his family, friends, neighbors, and now his community in greater capacity via the East Cocalico Park and Recreational Board. The Township is fortunate to have Edward involved due to his leadership qualities and characteristics, his ethical nature, and his willingness to take on any role necessary to get the job done.

I know Edward has received many professional awards for his leadership, customer service, and win-win mindset. He frequently exceeded sales quotas. He is a very talented, ethical person who is team focused. These traits are difficult to find in a person these days.

Relating to January 6, 2021, I understand why Edward went to the capital that day. It was solely to exercise his first amendment rights. Since his arrest, we have spoken about what happened that day and unfortunately he has not been fairly represented by the local and regional papers. According to Edward's account, he was curious about going inside the capital building. This was a mistake and he knows he was wrong to do this. He had no premeditation of going in to damage any relics or hurt anyone. He was actually seen in the videos and pictures assisting the capital police in protecting the relics. This was seen in one of the main photographs used by the media.

Since being fired from his employer in June 2021, Edward has used this time to think, process, and gain perspective about what he is done and the impact that it has had on him, his family, friends and his community. He is frustrated and remorseful for his decision to go into the capital building without permission that day.

I believe that Edward has learned from this mistake and has become a better husband, father, and friend because of what he is learned from this experience.

In summary, Edward is not a criminal, but quite the opposite. We can all agree that going into the capital building without permission was wrong. I am requesting for the most lenient sentence due to all that he, his family, and community has gone through thus far. Most importantly, I am requesting the most lenient sentence due to his intent/actions of January 6, 2021.. I know Edward loves his country and is proud to be an American. Thank you for your time and your consideration.

Sincerely,

*Paul Avadanian DO*
Paul Avadanian DO