# EXHIBIT G

**Jeff Livick**
Glenmoore, PA

January 5, 2022

Your Honor Dabney Friedrich,

I have known Edward "Eddy" McAlanis for the last four years. He was introduced to me through a mutual friend. We have grown personally and professionally together. We have spent time with our respective families, friends, and colleagues. I consider Eddy a very dear friend of mine.

Eddy is a very hardworking and trusting person. He took the lead on building a new park in his community. This was a very long and taxing process, however, Eddy stayed committed and the project was a success. His community now has a safe place to go to make memories for years to come.

On January 6, 2021, Eddy made a choice. His choice was not to harm anyone or break the law. He wanted to help the situation as he loves his Country. He is passionate about helping others and I know his intentions on that day were true to who is. He is proud to be an American.

I am writing this letter to ask for your leniency during his upcoming court appearance. He is a good person with good intentions. He is a devoted father, friend, and colleague. He will certainly grow from this experience and continue to support his fellow Americans to the best of his ability. Thank you kindly.

Sincerely,

*[signature]*

Jeff Livick