# EXHIBIT H

January 21, 2021

Your Honor Dabney Friedrich,

I have known Edward (known as Eddie to his friends and family) McAlanis for four years. I know Eddie to be a faithful friend and neighbor, dedicated to his wife and children. I have personally observed Eddie instruct his children in wisdom and truth. Eddie is committed to his wife, Linda, and their marriage. He provides wise counsel to his friends in the midst of their struggles.

He has a strong work ethic, is a leader in the community, and cares about the Township and its residents. Recently he was appointed as President of the East Cocalico Township Parks and Recreation Board. As President he was instrumental in improving and ensuring the community pool remained open last season, always considering the safety and wellbeing of the Townships residents. He worked with the Board and Township to complete repairs and the resurfacing of the community basketball court. He directed the completion of a community skate park and a recreation park in his neighborhood for use by the community's children. For years the aforementioned projects languished under former East Cocalico Recreation Boards. Under Eddie's leadership these projects moved forward and were completed within the past year. I know firsthand that members of the community and our Township Supervisors are personally appreciative of his efforts.

I have personally witnessed Eddie helping his neighbors by mowing their lawns and providing landscaping assistance because they were too busy or unable to complete the work themselves.

Eddie is a friend to many and his friends depend on him for emotional and spiritual support. He is instrumental in the lives of his family, friends, and community.

I am asking that Eddie's outstanding character qualities be considered in decisions made on his behalf. Thank you for your consideration.

Sincerely,

Ronald A. Forsyth
28 Ingham Drive
Stevens, PA  17578
717-380-3241

Your Honor Dabney Friedrich,

I have had the pleasure of knowing Edward McAlanis for over five years. During the years of our acquaintance, I have known Edward in many capacities. Starting with our meeting in a career building/resume writing class, he was "that guy" who was always going out of his way to help others in the class. He has been very active in his community with volunteer work for his church along with being involved with various township boards. As a friend he is someone you can count on to have a well thought-out opinion on things as well as an optimistic insight towards life in general.

Edward is an intelligent, capable, and dedicated family man. He is always quick on his feet, with sensible reactions in all the circumstances I've seen him in. I feel confident in saying that he is capable of handling any future situation with integrity and candor.

Chad Brown
157 Merkle Road
Bechtelsville, PA  19505

484-678-9545
Chadman1@ptd.net