# EXHIBIT I

# Character Reference for Edward McAlanis

1/16/2022

Your Honor Dabney Friedrich,

I have had the pleasure of knowing Edward McAlanis for over five years. During the years of our acquaintance, I have known Edward in many capacities. Starting with our meeting in a career building/resume writing class, he was "that guy" who was always going out of his way to help others in the class. He has been very active in his community with volunteer work for his church along with being involved with various township boards. As a friend he is someone you can count on to have a well-thought-out opinion on things as well as an optimistic insight towards life in general.

Edward is an intelligent, capable, and dedicated family man. He is always quick on his feet, with sensible reactions in all the circumstances I've seen him in. I feel confident in saying that he can handle any future situation with integrity and candor.

Chad Brown
157 Merkle Road
Bechtelsville, PA  19505

484-678-9545
Chadman1@ptd.net