# EXHIBIT J

Your Honor Dabney Friedrich:

My name is Christian Pasto. I grew up in Spencer, NY and have lived in Lancaster County for about 7 years.

I met Eddy in the Fall of 2020 while playing in a men's soccer league. We played on the same team as he was our goalie. We had commuted to games together on several occasions. Eddy was always easy and fun to talk with and play soccer with.

I also associated with Eddy on several occasions in the business/corporate world at networking events.

In the almost 2 years of knowing him, I have known him to have high character. He is a very genuine and sincere man with great integrity.

I have considered him a great friend since I met him in 2020.

Sincerely,

Christian Pasto