# EXHIBIT K

January 12, 2022

RE:   Edward J. McAlanis

Your Honor Dabney Friedrich:

I am writing on behalf of my son, Edward ...

In his 42 years, life is ever-changing ..  I was a single parent since Edward was 18 months old .. He did not see his father often and there was little support ..

In his younger years, he was always cheerful and wanted to lend a helping hand .. His babysitter taught him crafts which he turned into profit by selling them so he could buy his family Christmas presents and that enthusiasm to earn money continued throughout .. As he grew, he had jobs as a paperboy through all kinds of weather, shoveled snow and cut grass for neighbors , many of whom he didn't charge because he said they were "really old and very nice .." He would stop and visit to chat to see how they were;  I know this because they told me --He's always had a soft spot for the elderly :o)

Edward played soccer from 6-17 years old as goalie, won many awards for his team and himself. He played basketball, and football in his Senior year (he really didn't play but the team said "Ed is the spirit and vocals" that cheered them on  ... And, he and I actually won the "Mother-Son Bowling Tournament trophy one year, as well :o) He was a Boy Scout, volunteered at two church bingos, wheeled residents to and from church.  He attended Lansdale Catholic High School where he was in chorus, shows and maintained Second Honors, worked two jobs and had a girlfriend.  In 1998,  Edward was the recipient of the Raymond O. Hoffman Memorial Award Fund receiving a $5,000 scholarship award based on community service .. In college, he moved from Drexel to Temple and graduated with a degree in Biology ..

In 2000, while riding with a friend at a modeling agency, the Agent asked to speak to Edward and ended up being on "Time Out NY" cover as well as being a model for Abercrombie & Fitch in the 2000 catalog, shopping bag and screen-saver .. That was his 15 minutes of fame .. I was not a fan of that industry until he found out for himself what it was really like. His manager asked him to judge the "Miss Maryland" pageant with him where he saw how unscrupulous the profession could be with mothers dressing and making up very young, little girls ... He was very upset watching this and actually told his Agent he could not participate any longer and left that day and never looked back ..

Edward was employed at Merck where he was successful, won many awards including the annual Vice President Award with a trip to Italy. He loves to learn and, especially, helping people – whether it is a coworker, client, friend or family .. I am most proud of his professional and ethical work style, and he is honest and loyal .. He goes the extra mile when necessary and completes the tasks at hand.

My son was the Chairman of the Calico Parks and Recreation Committee in his community .. This area was pretty new and needed things for the kids and adults to do .. He was responsible for making sure the pool ready to open, he had a new basketball court upgraded for the kids and even suggested and saw to it that a new skate-board court was put in for younger kids to use .. His enthusiasm caught on with all the other Committee members who were most willing to help complete the projects at hand .. It makes me smile when I see the things he's accomplished with his go-power ..

Edward has been an idealist, feeling that the world should be perfect and found out that this is not the case and that we need to live with respect and care for our fellow man .. I told him no matter what, you'll never have 100% because people are all so different ..

Then came January 6, 2021 ... Edward wanted to go to the Capital to exercise his constitutional rights not knowing what to expect .. We, his


wife, and his dad asked him to "not go"; we were afraid for his safety .. He did go with others but never expected what had happened .. We have no criminals in our families .. Edward walking into the Rotunda to "just look inside" as he walked by guards who didn't stop the handful of people going into that particular area to just look and take pictures.

I taught Edward there are consequences for people's actions, this was the most terrible consequence to hit our family – all of us devastated by one-bad-decision .. The affects of that decision affected his wife, children, parents, other family members and friends. He knew his life would never be the same and it hasn't been. He has lost the faith of those who believed in him, many relationships have ended.. Once this news hit the papers with his picture on the front page, along with a picture of his home and people parked outside of it, he had to get an alarm system not knowing what someone might do .. And with all of that, he was fired from his job.. During these months, to earn money for family bills, a friend offered him a job to deliver pizza et al on the week-ends .. Now, will he have a black-mark on his record when employers check him out for a job?? Fear of the unknown is terrible.

Those of us who know Edward have seen and heard his remorse, know his sleepless nights and depression and how he's hurt those who love him .. My son and I have always been transparent and my husband, Ed, told him he was wrong and he should have never trespassed .. There was never malicious intent on Edward's part, that is not his style and we ask, Your Honor, to please know that he is a good and loving husband, father, friend and son and I ask for your leniency in your upcoming judgement of Edward .. My son has certainly been humbled by this experience in many ways; we, his family, have become stronger in our ties and faith ..

What we know is that tough times builds character, good times keep you grateful, testing times will strengthen ones faith and prosperous

times will enrich your giving – and through all times one grows into a faithful person that God desires and enables us to be ..

Thank you for giving me the opportunity to give you some history of Edward's family life .. He's never been arrested or in any physical altercations – that's not how he was brought up ...

Respectfully,

Dee McAlanis-Doman and Ed Doman

319 Pennbrook Avenue

Lansdale, Pa 19446-3212